UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,

                               Plaintiff,

                       -against-

RONALD NEAL; BEVERLY NEAL; BOARD OF DIRECTORS OF THE CANTERBURY KNOLLS HOMEOWNERS ASSOCIATION, INC.,

"JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,

                           Defendants(s).
------------------------------------------------------------------X

Civil Action No.: 21-cv-06758

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 20.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          February 8, 2022

TO:    CLERK, UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Entry of Default and the issuance of a Certificate of Entry of default is hereby requested against the Defendants RONALD NEAL, BEVERLY NEAL, and BOARD OF DIRECTORS OF THE CANTERBURY KNOLLS HOMEOWNERS ASSOCIATION, INC., in that there has been failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached Affirmation of Joseph F. Battista Esq. dated November 11, 2021.

Dated: Westbury, New York
       November 11, 2021

                                                                Joseph F. Battista, Esq.
                                                                Robertson, Anschutz, Schneid,
                                                                Crane & Partners, PLLC
                                                                900 Merchants Concourse, Suite 310
                                                                Westbury, NY 11590
                                                               516-280-7675

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,

                              Plaintiff,

                     -against-

RONALD NEAL; BEVERLY NEAL; BOARD OF DIRECTORS OF THE CANTERBURY KNOLLS HOMEOWNERS ASSOCIATION, INC.,

"JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,

                            Defendants(s).
-------------------------------------------------------------------X

Civil Action No.: 21-cv-06758

**CLERK'S CERTIFICATE OF DEFAULT**

      I, _____, Clerk of the Court of the United States District Court of the Southern District of New York, do hereby certify that the Defendants RONALD NEAL, BEVERLY NEAL, and BOARD OF DIRECTORS OF THE CANTERBURY KNOLLS HOMEOWNERS ASSOCIATION, INC., have not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants RONALD NEAL, BEVERLY NEAL, and BOARD OF DIRECTORS OF THE CANTERBURY KNOLLS HOMEOWNERS ASSOCIATION, INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Syracuse, New York
       _____, 2021

                            _____, Clerk of the Court

                        BY: _____
                                Deputy Clerk