UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,

                        Plaintiff,                       Docket # 7:21-cv-06758-PMH

              -against-

RONALD NEAL; BEVERLY NEAL; BOARD
DIRECTORS OF THE CANTERBURY KNOLL
HOMEOWNERS ASSOCIATION, INC.,

"JOHN DOE #1" through "JOHN DOE #12," the
twelve names being fictitious and unknown to plaintiff,
the persons or parties intended being the tenants,
occupants, persons or corporations, if any, having or
claiming an interest in or lien upon the premises
described in the Complaint,
                          Defendants(s).
------------------------------------------------------------------X

> Application denied without prejudice to renewal for failure to comply with this Court's Individual Practices Rule 4.B., which states that "[a] plaintiff seeking a default judgment shall proceed by way of order to show cause . . . ."
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          February 22, 2022

PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity and the Declaration of Services Rendered of Joseph F. Battista, Esq., both dated February 21, 2022 and the accompanying Bill of Costs, also dated February 21, 2022, and the Affidavit of Britney Fisher sworn to on December 7, 2021 and upon all prior pleadings, papers and proceeding had heretofore, that NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("PLAINTIFF"), by and through its attorneys Robertson Anschutz Schneid Crane & Partners, PLLC, will move this court before the Honorable Philip M. Halpern at the United States District Court for the Southern District of New York, located at the United States District Court, 300 Quarropas Street, White Plains, NY 10601 on a date and time to be designated by the Court for an order granting a Judgment of Foreclosure and Sale and to Amend the Caption, and for such further and different relief as the Court may deem just and proper.

PLEASE TAKE NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Southern District of New York, and by the undersigned Robertson Anschutz Schneid Crane & Partners, PLLC, 900 Merchants Concourse, Suite 310, Westbury, NY 11590, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Westbury, New York
February 22, 2022

Joseph F. Battista, Esq.
Robertson Anschutz Schneid
Crane & Partners, LLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590
516-280-7675
jbattista@raslg.com